JEROME R. AIKEN, WSBA #14647
PETER M. RITCHIE, WSBA #41293
Meyer, Fluegge & Tenney, P.S.
P. O. Box 22680
Yakima, WA  98907-2680
Phone: 509/575-8500; Fax: 509/575-4676
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER HAYS, an individual, | NO. CV-11-5025-LRS |
| Plaintiff, | |
| vs. | APPROVAL OF STIPULATION AND ORDER OF DISMISSAL |
| KADLEC REGIONAL MEDICAL CENTER [Julie Meek, Registered Agent]; KADLEC NEUROSCIENCE CENTER [Kenneth A. Miller, Registered Agent]; & Dr. MATTHEW E. FEWEL, MD., | |
| Defendants. | |

Pursuant to FRCP 41(a)(1) and the parties' stipulation and agreement to dismiss the above-captioned matter with prejudice and without costs, and the Court having no objection to the Stipulation of Dismissal entered into between the parties on April 2nd, 2012,

**Approval of Stipulation and Order of Dismissal  - 1**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's claims against Kadlec Regional Medical Center are dismissed with prejudice and without costs.

DATED this 3rd day of April, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Court Judge

Presented by:

  s/                Jerome R. Aiken
JEROME R. AIKEN, #14647
PETER M. RITCHIE, #41293
Attorneys for Defendant
Kadlec Regional Medical Center
Meyer, Fluegge & Tenney, P.S.
230 South Second Street
P.O. Box 22680
Yakima, Washington 98907
Phone: 509/575-8500; 509/575-4676
Email: aiken@mftlaw.com
Email: ritchie@mftlaw.com